# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YOUNG GENERATION VIDEO, INC., a California corporation; DAVID SKURA, an individual,<br><br>                    Plaintiff(s),<br>V.<br><br>UNITED SPECIALTY INSURANCE COMPANY, a Delaware company,<br><br>                    Defendant. | No. CV 23-4687-DMG (SKx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION [65]** |

-1-

Good cause appearing, the Joint Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) is hereby APPROVED.  The above-captioned action is hereby dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs. All dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

DATED:  February 23, 2026

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

-2-